UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

     -against-

Kayla Taylor

         Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 M 1365

Defendant Kayla Taylor hereby voluntarily consents to participate in the following proceeding via X videoconferencing or X teleconferencing:

X Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer - Assignment of Counsel

_Kayla Taylor by permission_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Kayla Taylor_
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

_Francis O'Reilly_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

7/16/20
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge